Ellen Duffy, by Guardian, etc., v. New York Contracting Company — Pennsylvania Terminal.— Motion denied, with ten dollars costs.

Myrtle M. Thompson v. Gimbel Brothers.— Motion granted.

Rudolph Heiser v. Cincinnati Abattoir Company.— Motion granted.

George Ehret, Jr., and Others v. George Ringler and Company and Others.— Motion granted, question certified as stated in order.

James Meadows and Others v. John S. Michel.— Motion for reargument denied; motion to appeal to Court of Appeals granted, question to be settled on settlement of order. Order to be settled on notice.

In the Matter of the Application for the Designation of a Place for the Sales of Lands, etc., in The Bronx at Public Auction under Judgment or Order of the Court, etc.— The court will hear the parties interested in this question on July 6, 1911, at ten-thirty A. M.

Richard A. Springs v. Hanover National Bank.— Motion to resettle granted to extent stated in order.

Elizabeth Sulinski v. Joseph Sulinski.— Motion granted.

Donalena Hopkins v. Harry A. Hopkins.— Motion denied.

Richard A. Springs and Others v. Hanover National Bank.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. See memorandum per curiam.

The People of the State of New York v. William Duffy.— Motion granted. Order to be settled on notice.

Dana J. Bugbee v. William I. Overstreet, as Trustee, etc. (No. 1.) — Motion denied. Order to be settled on notice.

Dana J. Bugbee v. William I. Overstreet, as Trustee, etc. (No. 2.) — Motion granted and appellant's time to file points extended to September 15, 1911. Order to be settled on notice.

In the Matter of Engrey F. Norman v. The Board of Education.— Motion granted. Order to be settled on notice.

In the Matter of the City of New York (In the Matter of Payment by the Chamberlain).— Motion granted, provision to be inserted in the order that the fund thus depleted shall be reimbursed when the surplus fund is returned to the city. Order to be settled on notice,

In the Matter of Robert Kuehnert, an Attorney.— Motion granted. Order to be settled on notice.

In the Matter of Daniel O'Reilly, an Attorney.— Respondent disbarred. Order to be settled on notice.

In the Matter of Louis Goldberg, an Attorney.— Respondent disbarred. Order to be settled on notice.

In the Matter of Nathan B. Chadsey, an Attorney.— Motion denied, with leave to renew application after the six months have expired. Order to be settled on notice.

Riverside Drive Apartments v. Albert La Blum. Myrtle C. Heywood v. Henry L. Doherty. Myrtle C. Heywood v. Henry L. Doherty. New York Consolidated Card Company v. William J. Warren. (2 cases.) Joseph Libman v. Montague D. Cohen and Others. (2 cases.) Paul R. G. Horst v. Oceanic Steam Navigation Company. Charles L. Craig v. Howard C. Conkling. Matt J. Ward v. Minnie E. Fritz. (2 cases.) Isaac

Goldstein v. Godfrey Company. (2 cases.) Frank Butler v. William Hauptmann. Edgar S. Gallavan v. Frank E. Malone. (2 cases.) J. & G. Lippman v. Delaware, Lackawanna and Western Railway Company. John J. Daly v. Benjamin Lowenstein. Marie Friedlander v. Nathan Citron and Others. Harry Semansky v. James Archibald. John Tevis v. Illinois Surety Company. New York Edison Company v. Ike Katz.— Applications denied, with ten dollars costs in each case. Orders signed and filed.

Mary E. Miller v. Gordon D. Miller and Others.— Motion denied, with ten dollars costs.

Joseph Wiener v. Sadie Wiener.— Motion granted.

Oscar I. Mayer v. William W. Penfield. William J. Sweeney v. Douglas Copper Company. Morris Florea v. Harry Kramer.— Applications granted. Orders signed.

William J. Sweeney v. Douglas Copper Company.— Motion granted.

George F. Considine v. Hudson Trust Company.— Motion granted. Order to be settled on notice.

The People of the State of New York ex rel. Third Avenue Railway Company and Others v. Public Service Commission and Others.— Application granted, form of question to be determined on settlement of order. Order to be settled on notice.

In the Matter of The Board of Rapid Transit Commissioners (Lexington Avenue Route). In the Matter of The Board of Rapid Transit Commissioners (Third Avenue Route). In the Matter of The Board of Rapid Transit Commissioners (Seventh and Eighth Avenue Route). In the Matter of The Board of Rapid Transit Commissioners (Fourteenth Street Route). In the Matter of the Board of Rapid Transit Commissioners (White Plains Road Route).— Applications granted and time extended for two years from October 15, 1911. Orders to be settled on notice.

In the Matter of Charles Shamroth, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of Benjamin Jaffe, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 6598 Issued to Henrietta De Rose, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Daniel O. Lang, Respondent, v. Mattie K. Lang, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Supplementary Proceedings of Simon Bender and Morris Bender, Judgment Creditors, Appellants, v. Patrick Lonergan, Judgment Debtor. Minnie Lang, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Scott, J., dissenting.

In the Matter of the Application of August G. Helms, as Trustee under the Last Will and Testament of Charles F. Helms, Deceased, Appellant, for an Order Authorizing Him as Such Trustee to Sell Certain Real Estate, etc. Auguste Helms and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.